<u>**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNNESSEE**</u>

| | |
|---|---|
| **GABRIEL BOU NATER, individually and,** ) <br> **on behalf of all others similarly situated,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **AARON FRANKLIN – STATE FARM** ) <br> **MUTUAL AUTOMOBILE INSURANCE,** ) <br> ) <br> **Defendant.** ) | **Civil Case No. 1:25-cv-00247** <br><br> **CLASS ACTION COMPLAINT** <br> **AND** <br> **DEMAND FOR JURY TRIAL** |

<u>**STIPULATION FOR EXTENSION OF TIME TO RESPOND**</u>

Upon agreement of the parties and pursuant to Local Rule 12.1(a) of the Local Rules for the United States District Court for the Eastern District of Tennessee, the parties have stipulated that the Defendant shall have an extension of 21 days in which to respond to the Complaint.

The parties met and confirmed via email regarding this extension and Plaintiff consented to this 21 day extension to respond to the Complaint.

Respectfully submitted, this  3rd   day of September, 2025.

**Johnson Evans & Headrick, P.C.**

s/   Matthew J. Evans
Matthew J. Evans    BPR #017973
Daniel C. Headrick    BPR#026362
900 South Gay Street, Suite 1810
Knoxville, Tennessee 37902
(865) 314-8422
mevans@je.legal
dheadrick@je.legal
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and exact copy of the foregoing has been served via email upon the following:

T. Blaine Dixon, Esq.
Kazerouni Law Group, APC
130 Hillcrest Drive, Suite #106
Clarksville, TN 37043

Ross H. Schmierer, Esq.
48 Wall Street, Suite 1100
New York, NY 10005
ross@kazlg.com

*Attorneys for Plaintiff*

This 3rd day of September, 2025.

                *s/*   Matthew J. Evans
                Matthew J. Evans